Dismissed and Memorandum Opinion filed February 17, 2005









Dismissed and Memorandum Opinion filed February 17,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00915-CV

____________

 

DARRELL
AUGUSTINE, Appellant

 

V.

 

MONICA OLIVARES D/B/A SAN ANTONIO
COMMERCIAL INSURANCE AGENCY AND STATE AND COUNTY MUTUAL FIRE INSURANCE COMPANY, Appellees

 



 

On Appeal from the 240th District
Court

Fort Bend
County, Texas

Trial Court Cause No. 03-CV-131216

 



 

M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed August 4, 2004.  The notice of appeal was filed on September
3, 2004.  To date, the filing fee of
$125.00 has not been paid.  No proper
affidavit of indigence was filed with or before the notice of appeal.  See Tex.
R. App. P. 20.1.  Therefore, on
January 20, 2005, this Court issued an order stating that unless appellant paid
the appellate filing fee of $125.00 within fifteen days of the date of the
order, the appeal would be dismissed.  








The filing fee has not been paid, and appellant has not
responded to this Court=s order of January 20, 2005.

Accordingly, the appeal is ordered dismissed.  See Tex.
R. App. P. 42.3(c).  

 

PER CURIAM

 

 

Judgment rendered and Memorandum
Opinion filed February 17, 2005.

Panel consists of Justices
Edelman, Seymore, and Guzman.